UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRAINSTORM XX, LLC d/b/a, WWW.ROBOCALLS.CASH, ET AL. § § § | |
| v. § | CIVIL NO. 4:21-CV-584-SDJ |
| § DUNCAN CRAIG WIERMAN, § Individually and/or d/b/a § SPAMCALLPROFITSYSTEM.COM § | |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order on this date, it is

**CONSIDERED**, **ORDERED**, and **ADJUDGED** that this case is hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to close this civil case.

**So ORDERED and SIGNED this 22nd day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE